The Honorable Brian A. Tsuschida

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM L. LENZ,

Defendant.

NO. MJ19-444BAT

NOTICE OF WITHDRAWAL

Please take notice that AUSAs Chantelle D. Dial is no longer assigned to this case and requests to be terminated from this case.

//
//
//

Notice of Withdrawal - 1
*United States v. Lenz,* MJ19-444BAT

1      Please take notice that Matthew P. Hampton, Assistant United States Attorney, has

2  entered his appearance as attorney of record for the United States in the above captioned

3  matter.

4      DATED this 26th day of September, 2019.

5                                    Respectfully submitted,

6                                    BRIAN T. MORAN

7                                    United States Attorney

8

9                                    By: *s/ Matthew P. Hampton*

MATTHEW P. HAMPTON

10                                  Assistant United States Attorneys

11                                  700 Stewart Street, Suite 5220

Seattle, Washington  98101-1271

12                                  Telephone:  (206) 553-6677

Fax:  (206) 553-0755

13                                  E-mail: matthew.hampton@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Withdrawal - 2
*United States v. Lenz,* MJ19-444BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

CERTIFICATE OF SERVICE

2 I hereby certify that on September 26, 2019, I electronically filed the foregoing with the

3 Clerk of the Court using the CM/ECF system which will send notification of such filing

4 to the attorney(s) of record for the defendant(s).

5

6                                        *s/Marcel Wilken-Brown*
                                         MARCEL WILKEN-BROWN
7                                        GENERAL CLERK IV CONTRACTOR
8                                        United States Attorney's Office
                                         700 Stewart Street, Suite 5220
9                                        Seattle, Washington 98101-1271
                                         Phone: (206) 553-8459
10                                       FAX:   (206) 553-4440
11                                       E-mail: Marcel.Wilken-brown@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Withdrawal - 3
*United States v. Lenz,* MJ19-444BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970