HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-0198JLR |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING |
| WILLIAM LENZ, | |
| Defendant. | |

THE COURT has considered the unopposed motion of the parties to continue the sentencing and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defendant the opportunity to be safely and physically present at the sentencing hearing; and

(b) the additional time requested is a reasonable period of delay. Defendant plead in this matter on September 17, 2020 and sentencing is currently scheduled for December 7, 2020. However, Defendant is requesting to be personally present at sentencing and the court currently has an Order in place for no in person hearing until after January 4, 2020. Defendant is asking for a continuance for the sentencing after that date; and

ORDER TO CONTINUE SETENCING - 1
*USA v. Lenz, CR19-198 JLR*

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590

1    (c) the ends of justice will best be served by a continuance, and the ends of
2 justice outweigh the best interests of the public and the defendant in any speedier
3 sentencing;

4

5    IT IS THEREFORE ORDERED that the sentencing date in this matter shall be
6 continued to Tuesday, January 19, 2021 at 9:30 a.m.

7

8    DONE this 10th day of November, 2020.

9

10

11                                            _____
                                              The Honorable James L. Robart
12                                            U.S District Court Judge

13

14

15 Presented by:

16 *s/Brad A. Meryhew*
   Brad A. Meryhew, #WSBA#26797
17 Attorney for William Lenz

18

19

20

21

22

23

24

25

26

ORDER TO CONTINUE SETENCING - 2
*USA v. Lenz*, CR19-198 JLR

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590