The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LEROY LENZ,<br><br>Defendant. | No. CR19-198-JLR<br><br>**MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE**<br><br>NOTE ON MOTION CALENDAR:<br>May 28, 2021 |

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(2) for entry of a Final Order of Forfeiture forfeiting to the United States the following property:

- One Apple iPhone seized from WILLIAM LEROY LENZ on September 21, 2019; and
- One Lenovo laptop (S/N: PF0BTFYV) seized from WILLIAM LEROY LENZ on September 21, 2019.

This motion is based on the following procedural facts, which are reflected in the pleadings filed and orders entered in this matter.

On September 17, 2020, Defendant Lenz pled guilty to Attempted Transportation of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and (b)(2), and Possession

Motion for Entry of a Final Order of Forfeiture - 1
*United States v. Lenz,* CR19-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).  Dkt. No. 38.  In his
2  Plea Agreement, Defendant agreed to forfeit his interest in the above-listed property
3  pursuant to 18 U.S.C. § 2253(a).  *Id*. ¶ 13.
4         On January 11, 2021, the Court entered a Preliminary Order of Forfeiture, finding
5  the above-identified property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting to
6  the United States Defendant's interest in it.  Dkt. No. 48.
7         Thereafter, as required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P.
8  32.2(b)(6)(C), the United States published on the forfeiture.gov website notice of the
9  Preliminary Order of Forfeiture and the government's intent to dispose of the property in
10 accordance with governing law.  Dkt. No. 50.  That notice informed any third parties
11 claiming an interest in the property that they were required to file a petition with the
12 Court within 60 days of the notice's first publication on January 13, 2021.  *Id.*
13 Additionally, as required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent
14 notice and a copy of the Preliminary Order of Forfeiture directly to one individual who
15 was identified as a potential claimant.  *See* Declaration of AUSA Jehiel I. Baer in Support
16 of Motion for Entry of a Final Order of Forfeiture ¶ 2, <u>Exhibit A.</u>  As provided by 21
17 U.S.C. § 853(n)(2), that notice informed the potential claimant that if the recipient
18 wanted to assert an interest in the property, the recipient was required to file a petition
19 within 30 days of receiving the notice.  *Id*. ¶ 3. The notice was delivered on or about
20 January 22, 2021.  *Id.*  No third parties have filed a petition, and the relevant period for
21 doing so has expired.  *Id.*; *see also* Docket (CR19-198-JLR); 21 U.S.C. § 853(n)(2); Fed.
22 R. Crim. P. 32.2(b)(6).
23 ///
24
25 ///
26
27 ///
28

Motion for Entry of a Final Order of Forfeiture - 2
*United States v. Lenz,* CR19-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

As Defendant's rights in the above-identified property have been forfeited to the United States and ancillary proceedings have now concluded, the United States respectfully requests that the Court enter a final order forfeiting the property to the United States. A proposed order is submitted with this motion.

DATED this 18th day of May, 2021.

           Respectfully submitted,

           TESSA M. GORMAN
           Acting United States Attorney

           *s/Jehiel I. Baer*
           JEHIEL I. BAER
           Assistant United States Attorney
           United States Attorney's Office
           700 Stewart Street, Suite 5220
           Seattle, WA  98101
           (206) 553-2242
           Jehiel.Baer@usdoj.gov

Motion for Entry of a Final Order of Forfeiture - 3
*United States v. Lenz,* CR19-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal II, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Hannah.Williams2@usdoj.gov

Motion for Entry of a Final Order of Forfeiture - 4
United States v. Lenz, CR19-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970