HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM LENZ,<br><br>　　　　　Defendant. | No. CR19-198 JLR<br><br>MOTION TO SEAL DOCUMENTS |

The Defendant, William Lenz, through counsel, moves this Court to order that the Motion to Postpone Date for Voluntary Surrender be filed under seal and secured from public access until further order of the Court. This motion is based on medical records and the confidential nature of information contained in the document, which if made public could result in irreparable harm to the defendant. The right to access is outweighed by the interest of both the public and the parties in protecting the substance of this document from public view. There is compelling reason to order that the Motion to Postpone Date for Voluntary Surrender be sealed.

DATED this 19th day of May, 2021.

Respectfully submitted,

*s/Brad A. Meryhew*
Brad A. Meryhew, WSBA# 26797
Attorney for William Lenz

MOTION TO SEAL - 1
*USA v. Lenz*, CR19-198 JLR

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590