The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LEROY LENZ,<br><br>Defendant. | No. CR19-198-JLR<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- One Apple iPhone seized from WILLIAM LEROY LENZ on September 21, 2019; and
- One Lenovo laptop (S/N: PF0BTFYV) seized from WILLIAM LEROY LENZ on September 21, 2019.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the Plea Agreement that Defendant Lenz entered on September 17, 2020, he agreed to forfeit his interest in the above-identified property as property used to

Final Order of Forfeiture - 1
*United States v. Lenz,* CR19-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

commit or to promoted commission of the offenses, Attempted Transportation of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and (b)(2), and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), to which he entered a guilty plea, and/or consisted of prohibited images, Dkt. No. 38, ¶ 13;

- On January 11, 2021, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant's interest in it, Dkt. No. 48;

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 50), and also provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A), Declaration of Assistant U.S. Attorney Jehiel I. Baer in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, <u>Exhibit A</u>; and

- The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

///

///

///

Final Order of Forfeiture - 2
*United States v. Lenz,* CR19-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 28th day of May, 2021.

*signature*
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Lenz,* CR19-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970